Nicol Alicia Ybarra
21939 W Hadley St
BuckeyeAZ 85326
(602) 710-3995

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    JAN 2 2020

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____MJA_____DEPUTY
```

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicol Alicia Ybarra,<br><br>         Plaintiff,<br><br>v.<br><br>Bret J. Bicknell;<br>Phoenix City Police;<br>Glendale City Police;<br>Avondale City Police,<br><br>         Defendant(s). | CASE NUMBER: CV-20-00006-PHX-JJT<br><br>**COMPLAINT** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to endangerment with the threat to harm §§ Felony. The plaintiff is a resident of Buckeye, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Glendale, AZ and a citizen of the United States. The defendant, , is a resident of Phoenix, AZ and a citizen of the United States. The defendant, , is a resident of Glendale, AZ and a citizen of the United States. The defendant, , is a resident of Avondale, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

The police department mentioned that I listed were involved in the Federal crime committed upon myself Nicol A Ybarra from the year 2015 to current. They stuck him on me thru the use and control of government security. I asked Bret Bicknell if he was aware of cult presence and if he knew what they were trying to do to himself. He did admit to possibly being apart of a cult. That Im stating is a type of some "white" cult.

## Demand

Criminal relief- Bret Bicknell Avondale - Phoenix- Glendale- **Damages: $0** I seek no punitive or cumulative recourse. only criminal

Date: 1/2/20

*Nicol Ybarra* (signature)
Signature of Pro Se Plaintiff
Nicol Alicia Ybarra
21939 W Hadley St
Buckeye, AZ 85326
(602) 710-3995